**Opinion issued February 4, 2021**



In The

# Court of Appeals

**For The**

# First District of Texas

————————————

### NO. 01-21-00011-CV

————————————

### IN RE PAUL E. ARCHIE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Paul E. Archie, has filed a "Motion For Leave to File a Writ of Mandamus," seeking a writ of mandamus to compel Harris County District Clerk Marilyn Burgess to issue citation against underlying defendants.

This Court's mandamus jurisdiction is governed by the Government Code. *See* TEX. GOV'T CODE § 22.221. A court of appeals may issue writs of mandamus against (1) a judge of a district, statutory county, statutory probate county, or

county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52 of the Code of Criminal Procedure in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201 of the Family Code in the court of appeals district for the judge who appointed the associate judge. *Id*. § 22.221(b). The courts of appeals also may issue all writs necessary to enforce the court of appeals' jurisdiction. *Id*. § 22.221(a).

We have no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce our jurisdiction. *See In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1991, orig. proceeding). Because relator's petition does not raise any threat to our jurisdiction, we dismiss the petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.